UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAOLA IMPEDUGLIA | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| v. | : | |
| FAIRWAY INDEPENDENT MORTGAGE COMPANY | : | |
| Defendant. | : | October 11, 2021 |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Fairway Independent Mortgage Company discloses that it is a privately held company, without a parent company, and no publicly traded corporation owns 10% or more of its stock.

**DEFENDANT,
FAIRWAY INDEPENDENT
MORTGAGE COMPANY**

By: */s/ Kelly M. Cardin*
Kelly M. Cardin (CT29162)
Nicole S. Mulé (CT30624)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
281 Tresser Blvd., Suite 602
Stamford, CT 06901
Telephone: 203.969.3109
Facsimile: 203.969.3150
kelly.cardin@ogletree.com
nicole.mule@ogletree.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2021, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

                                                   */s/ Nicole S. Mulé*
                                                   Nicole S. Mulé

48793988.1