UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAOLA IMPEDUGLIA | : | CIVIL ACTION NO.: 3:21-cv-01342-JAM |
| Plaintiff, | : | |
| v. | : | |
| FAIRWAY INDEPENDENT MORTGAGE COMPANY | : | |
| Defendant. | : | October 13, 2021 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 81 and Local Rule 7(b), Defendant Fairway Independent Mortgage Company ("Defendant") hereby moves for an extension of time of thirty (30) days, up to and including November 17, 2021, to answer, move against, or otherwise respond to the Complaint filed by Paola Impeduglia ("Plaintiff").

On October 11, 2021, Defendant removed this matter to the United States District Court, District of Connecticut. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), an answer is due seven days after removal, making the current deadline, absent this motion for an extension, October 18, 2021. Defense counsel requires additional time to confer with Defendant regarding the allegations in the Complaint, investigate the allegations and to prepare a full and reasoned response thereto. Undersigned counsel therefore respectfully requests an extension of time to carry out these tasks.

On October 12, 2021, undersigned counsel contacted Plaintiff's counsel to ascertain Plaintiff's position. As of filing this motion, Plaintiff's counsel has not responded.

This is the first extension of time filed by Defendant with respect to this time limitation.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant's motion for extension of time to respond to Plaintiff's Complaint.

**DEFENDANT,**
**FAIRWAY INDEPENDENT**
**MORTGAGE COMPANY**

By:  */s/ Nicole S. Mulé*
Kelly M. Cardin (CT29162)
Nicole S. Mulé (CT30624)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
281 Tresser Blvd., Suite 602
Stamford, CT 06901
Telephone: 203.969.3109
Facsimile: 203.969.3150
kelly.cardin@ogletree.com
nicole.mule@ogletree.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                  */s/ Nicole S. Mulé*
                                            Nicole S. Mulé

48794196.1