UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAOLA IMPEDUGLIA | : | CIVIL ACTION NO. 3:21-cv-01342-OAW |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FAIRWAY INDEPENDENT | : | |
| MORTGAGE COMPANY | : | |
| | : | April 15, 2022 |
| Defendant. | : | |

## JOINT STATUS REPORT

Plaintiff Paola Impeduglia ("Plaintiff") and Defendant Fairway Independent Mortgage Company ("Defendant") hereby submit their joint status report as follows:

**A.   STATUS OF CASE**

On February 22, 2022, Defendant moved to compel arbitration pursuant to an uncontested arbitration agreement divesting this court of subject matter jurisdiction over this matter. (Dkt. #20). The parties are waiting for the Court to rule on the motion.  Plaintiff filed an Objection to the Motion to Compel on April 7, 2022.  Plaintiff filed a Response to the Court's Show Cause Order stating reasons for the Court to excuse the late filing of the Objection and to consider the Objection to the Motion to Compel.

**B.   SETTLEMENT INTEREST**

The parties do not request a settlement referral at this time.

**C.   TRIAL BEFORE A MAGISTRATE JUDGE**

N/A.

**15D.   LENGTH OF TRIAL**

      N/A.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,**<br>**PAOLA IMPEDUGLIA**<br><br>By   */s/ James V. Sabatinis*<br>James V. Sabatini<br>Sabatini & Associates<br>One Market Square<br>Newington, CT 06111<br>860-667-0839<br>Fax: 860-667-0867<br>Email: jsabatini@sabatinilaw.com<br><br>His Attorneys | **DEFENDANT,**<br>**FAIRWAY INDEPENDENT**<br>**MORTGAGE COMPANY**<br><br>By   */s/ Nicole S. Mulé*<br>Kelly M. Cardin (CT29162)<br>Nicole S. Mulé (CT30624)<br>Ogletree, Deakins, Nash, Smoak &<br>Stewart, P.C.<br>281 Tresser Blvd., Suite 602<br>Stamford, CT 06901<br>Tel: (203) 969-3100<br>Fax: (203) 969-3150<br><br>Its Attorneys |

3

**CERTIFICATION**

      I hereby certify that on April 15, 2022, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

      */s/ Nicole S. Mule*
      Nicole S. Mule